RECEIVED
IN LAKE CHARLES, LA

NOV 2 8 2006
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MAXON HARVEY MORGAN | CIVIL ACTION NO. 06-0702 |
| VS. | SECTION P |
| UNITED STATES OF AMERICA | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** the petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 28th day of November, 2006.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE